**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alfredo Manuel RODRIGUEZ,**
**Defendant–Appellant.**

**No. 10–15735**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 21, 2011.

Steven E. Butler, Assistant U.S. Attorney, Daryl Alsabrook Atchison, Donna Barrow Dobbins, Eugene Seidel, Assistant U.S. Attorney, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Federal Defenders Organization, Kristen Gartman Rogers, Carlos A. Williams, Federal Defender's Office, Mobile, AL, for Defendant–Appellant.

Before CARNES, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Alfredo Rodriguez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rodriguez's conviction and sentence are **AFFIRMED.**